[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 17, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16253
Non-Argument Calendar

_____

D. C. Docket No. 08-00064-CR-2-LSC-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY GUY LEATHERWOOD,
a.k.a. Slick Rick,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(September 17, 2009)

Before EDMONDSON, WILSON and FAY, Circuit Judges.

PER CURIAM:

Thomas R. Wolsoncroft, appointed counsel for Ricky Guy Leatherwood, has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the Leatherwood's convictions and sentences are **AFFIRMED**.